**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,                )          Case No. 98CR0803-H
                    Plaintiff,           )
                                         )          JUDGMENT AND ORDER
             v.                          )          OF DISMISSAL
                                         )
JOSE ANTONIO OLVERA-CASARES (1),         )
                    Defendant.           )
                                         )
_____ )

    Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Jose Antonio Olvera-Casares. The defendant is hereby discharged and the bench warrant issued on November 9, 1998 is hereby recalled.

    IT IS SO ORDERED AND ADJUDGED.


DATED: <u>April 21, 2016</u>               _____
                                        HONORABLE MARILYN L. HUFF
                                        UNITED STATES DISTRICT JUDGE